## ROBERT COPPOLA *v.* RICHARD SIMONELLI ET AL.
### (AC 23616)

Foti, Bishop and McLachlan, Js.

Submitted on briefs October 30—officially released December 2, 2003

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* COREY KEATON
### (AC 23688)

Bishop, West and DiPentima, Js.

Argued October 17—officially released December 2, 2003

Per Curiam. The judgment is affirmed.

## SHERI PAIGE *v.* STATEWIDE GRIEVANCE COMMITTEE
### (AC 23721)

Schaller, Bishop and Dupont, Js.

Argued October 20—officially released December 2, 2003

Per Curiam. The judgment is affirmed.